# UNITED STATES DISTRICT COURT
for the
Southern District of the Indiana

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 1:04CR00198-001 |
| Jeremy Ramon Nunn ) | USM No. 07709-028 |
| ) | |
| | Sara Varner |
| Date of Previous Judgment: 07/14/2005 | Defendant's Attorney |

**Order for Sentence Reduction Pursuant to Section 404 of the First Step Act of 2018**

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☒ the attorney for the Government, or ☐ the Court for a reduced sentence based on the statutory penalties which were modified by sections 2 or 3 of the Fair Sentencing Act of 2010 (Public Law 111-220; 124 Stat. 2372), as if sections 2 and 3 of the Fair Sentencing Act of 2010 were in effect at the time defendant's offense was committed. Having considered such motion, and taking into account the First Step Act of 2018,

**IT IS ORDERED** that the motion is:

☐ DENIED ☒ GRANTED and the defendant's previously imposed sentence of imprisonment of **262 months is reduced to 180 months**.

**I. COURT DETERMINATION OF SENTENCING PURSUANT TO FIRST STEP ACT OF 2018:**

Previous Sentence Imposed: **262 months**          Amended Sentence: **180 months**
Previous Supervised Release Term Imposed: **10 years**          Amended Supervised Release Term: **8 years**
Previous Underlying Sentence Imposed:          Amended Underlying Sentence:

**II. SENTENCE RELATIVE TO AMENDED TERMS:**

☒ Conditions of supervised release set forth in judgment are to remain in effect.
☐ Conditions of supervised release set forth in judgment are to remain in effect, with the following modifications:

**III. ADDITIONAL COMMENTS:**

Except as provided above, all provisions of the judgment dated 07/14/2005 shall remain in effect.

**IT IS SO ORDERED**.

Order Date: 12/19/2019

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution to counsel of record via CM/ECF